UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| James Matthew Morris, | ) | CIVIL NO. 7:20cv604 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' NOTICE OF** |
| Taylor Communications Secure & Customer | ) | **REMOVAL** |
| Solutions, Inc., Venture Solutions, Inc., and | ) | |
| Taylor Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, Taylor Communications Secure & Customer Solutions, Inc., Venture Solutions, Inc., and Taylor Corporation, by counsel, file this Notice of Removal under 28 U.S.C. § 1446, and state as follows:

1. On September 10, 2020, Defendants Taylor Communications Secure & Customer Solutions, Inc., Venture Solutions, Inc., and Taylor Corporation were served with a Summons and Complaint in a civil action entitled *James Matthew Morris v. Taylor Communications Secure & Customer Solutions, Inc., Venture Solutions, Inc., and Taylor Corporation*, originally filed in the Circuit Court for the City of Roanoke, Virginia and bearing Case No. 770CL20001963-00 (the "Action").

2. A copy of all process, pleadings and motion papers served upon Defendants to date in connection with the Action are enclosed with this Notice of Removal as **Exhibit A**.

3. Defendants are entitled to remove the Action to the United States District Court for the Western District of Virginia (Roanoke Division) under 28 U.S.C. § 1441(a). This Court has original jurisdiction over the Action as provided in 28 U.S.C. § 1332(a)(1) because, as set

1

27302/1/9561067v2

forth below, the Action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.      As is alleged in paragraph 1 of the Complaint in the Action, at all times material, "Plaintiff James Matthew Morris is and was domiciled in the Commonwealth of Virginia."

5.      The Plaintiff alleges that Defendants Taylor Communications Secure & Customer Solutions, Inc. and Venture Solutions, Inc. are Minnesota corporations and that Taylor Corporation is a parent company of those organizations. (Complaint, ¶¶ 2-3, 5.)

6.      Defendants are not and were not at the commencement of the Action citizens of the Commonwealth of Virginia. A corporation is deemed a citizen of the state in which it has been incorporated and of any other state where it has his principal place of business. 28 U.S.C. § 1332(c)(1). Each of the Defendants is incorporated in and has its principal place of business in Minnesota.

7.      The Complaint in this Action alleges multiple counts as follows: Count I – wrongful discharge (*Bowman* claim); Count II - quantum meruit; Count III - unjust enrichment; Count IV - fraudulent misrepresentation (alternative claim); Count V - negligent misrepresentation (alternative claim); and Count VI - punitive damages.

8.      In the Complaint, Plaintiff alleges that he is owed a commission of approximately $224,000 based on his alleged contribution to an alleged sale. (Complaint, ¶ 43.) He also alleges that he is "owed in excess of $150,000." (*Id.* at ¶ 65.)

9.      This Notice of Removal is being filed with the Court within thirty (30) days after receipt by Defendants of the initial pleading in the Action and is timely under 28 U.S.C. § 1446(b).

10.    Defendants intend to file responsive pleadings to the Complaint in this Court within seven (7) days of filing this Notice pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants hereby remove the Action to this Court.

Dated: October 9, 2020                    Respectfully submitted,

                                          TAYLOR COMMUNICATIONS SECURE
                                          & CUSTOMER SOLUTIONS, INC.,
                                          VENTURE SOLUTIONS, INC., & TAYLOR
                                          CORPORATION


                                          By:    /s/ W. David Paxton
                                          W. David Paxton (VSB No. 19798)
                                          Kelsey M. Martin (VSB No. 90897)
                                          GENTRY LOCKE
                                          10 Franklin Road S.E., Suite 900
                                          P.O. Box 40013
                                          Roanoke, Virginia 24022-0013
                                          Telephone:  (540) 983-9300
                                          FAX:  (540) 983-9400
                                          Email:  paxton@gentrylocke.com
                                                   martin@gentrylocke.com
                                          *Counsel for Defendants*

3

27302/1/9561067v2

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, the foregoing Notice of Removal was electronically filed with the Clerk of the Court for the United States District Court for the Western District of Virginia using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF. I have also sent the foregoing via U.S. First Class Mail, postage prepaid to the following:

Thomas E. Strelka
L. Leigh R. Strelka
N. Winston West, IV
Brittany M. Haddox
Monica L. Mroz
STRELKA EMPLOYMENT Law
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

/s/ *W. David Paxton*
W. David Paxton (VSB No. 19798)
Kelsey M. Martin (VSB No. 90897)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 4013
Roanoke, Virginia 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
paxton@gentrylocke.com
martin@gentrylocke.com

*Counsel for Defendants*

4

27302/1/9561067v2