AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia  ▼

James Matthew Morris                                )
                                                    )
                    v.                              )      Case No.: 7:20-cv-00604
Taylor Communications Secure & Customer             )
          Solutions, Inc., et al.                   )
                                                    )

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/14/2022___ against ___Plaintiff Morris___ ,
                                                          Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ | 400.00 |
| Fees for service of summons and subpoena  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,316.15 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL  $ | 4,716.15 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service                    ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:        *s/ Craig A. Brandt*  _____

        Name of Attorney:  ___Craig A. Brandt___

For:  ___Taylor Communications Secure & Customer Solutions, Inc., et al.___        Date:  ___March 18, 2021___
                    *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of  _____  and included in the judgment.

_____        By:  _____        _____
  *Clerk of Court*                      *Deputy Clerk*                      *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

**<u>Itemization of Costs</u>**

***Morris v. Taylor Communications, et al.***
Case No 7:20-cv-00604

| Category | Cost |
|---|---|
| Filing fee | $    400.00 |
| Deposition Transcripts: | |
|    James Morris | 1,665.65 |
|    Angela Passanesi | 261.00 |
|    Thomas H. Dailey | 843.00 |
|    Jeffery Teal | 261.50 |
|    Tim Scully | 418.00 |
|    Alan Silverberg | 351.50 |
|    Simeon Palomino | 515.50 |
| **TOTAL:** | **$4,716.15** |

| 10/09/2020 | 1 | NOTICE OF REMOVAL from Roanoke City Circuit Court by IRSB (Freight Distribution, Inc.), re: Taylor Communications Secure & Customer Solutions, Inc., Venture Solutions, Inc., Taylor Corporation. (Attachments: # 1 Exhibit A-State Court Complaint and Summons, # 2 Civil Cover Sheet)(aab) (Entered: 10/11/2020) |

# VAWD CM ECF

## Review and submit payment
* indicates required fields

| | |
|---|---|
| **Agency Tracking ID:** | 0423-3510033 |
| **Payment Amount:** | $400.00 |
| **Payment Method:** | Plastic Card |
| **Account Holder Name:** | William Paxton |
| **Card Type:** | VISA |
| **Card Number:** | ██████████ |
| **Billing Address:** | ██████████████ |
| **Billing Address 2:** | |
| **City:** | Roanoke |
| **Country:** | United States |
| **State/Province:** | VA |
| **ZIP/Postal Code:** | 24022 |

* ☑ I authorize a charge to my card account for the above amount in accordance with my card issuer agreement.

Previous    Cancel    Continue

## Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID:20-3132569



| | | |
|---|---|---|
| Bill To: Craig Brandt | **Invoice #:** | **5472076** |
| Moss & Barnett | **Invoice Date:** | **12/21/2021** |
| 150 South Fifth Street | **Balance Due:** | **$1,797.40** |
| Suite 1200 | | |
| Minneapolis, MN, 55402 | | |

| | |
|---|---|
| **Case: Morris, James Matthew v. Taylor Communcations Secure & Customer Solutions, Inc., et al. (7:20-cv-00604-GEC)** | **Proceeding Type: Depositions** |

Job #: 4896435   |   Job Date: 12/2/2021   |   Delivery: Normal

Location:          Roanoke, VA

Billing Atty:     Craig Brandt

Scheduling Atty:   Craig Brandt | Moss & Barnett

| Witness: James Matthew Morris | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 321.00 | $3.65 | $1,171.65 |
| Attendance (Hourly) | 8.00 | $50.00 | $400.00 |
| Exhibits | 188.00 | $0.50 | $94.00 |
| Surcharge - Video Proceeding | 321.00 | $0.25 | $80.25 |
| Litigation Package-Secure File Suite | 1.00 | $32.50 | $32.50 |
| Electronic Delivery and Handling | 1.00 | $19.00 | $19.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,797.40** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,797.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5472076** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **12/21/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,797.40** |
| Fed. Tax ID:20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

78776

# I N V O I C E

1 of 1

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 707736 | 12/28/2021 | 372035 |

| Job Date | Case No. |
|---|---|
| 12/6/2021 | 7:20-cv-604 |

| Case Name |
|---|
| James Matthew Morris vs. Taylor Communications Secure & Customer Solutions, Inc. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Craig A. Brandt, Esq.
Moss & Barnett
150 S 5th St
Ste 1200
Minneapolis, MN 55402

1 COPY OF TRANSCRIPT OF:
    Angela Passanesi    261.00
1 COPY OF TRANSCRIPT OF:
    Thomas H. Dailey    843.00
1 COPY OF TRANSCRIPT OF:
    Jeffery Teal    261.50

**TOTAL DUE  >>>**    **$1,365.50**

Location of Job  : Web Conference All Parties Joining Remotely
      Roanoke, VA 24011

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Craig A. Brandt, Esq.
Moss & Barnett
150 S 5th St
Ste 1200
Minneapolis, MN 55402

Job No.    : 372035    BU ID    : CVR
Case No.    : 7:20-cv-604
Case Name  : James Matthew Morris vs. Taylor
          Communications Secure & Customer Solutions,
Invoice No.  : 707736    Invoice Date : 12/28/2021
**Total Due**  : **$1,365.50**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

# I N V O I C E

1 of 1

## Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 707925 | 12/28/2021 | 372036 |

| Job Date | Case No. |
|---|---|
| 12/9/2021 | 7:20-cv-604 |

| Case Name |
|---|
| James Matthew Morris vs. Taylor Communications Secure & Customer Solutions, Inc. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Craig A. Brandt, Esq.
Moss & Barnett
150 S 5th St
Ste 1200
Minneapolis, MN 55402

---

1 COPY OF TRANSCRIPT OF:
   Tim Scully                                         418.00
1 COPY OF TRANSCRIPT OF:
   Alan Silverberg                               351.50

---

**TOTAL DUE  >>>**             **$769.50**

Location of Job  : Web Conference All Parties Joining Remotely
                    Roanoke, VA 24011

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Craig A. Brandt, Esq.
Moss & Barnett
150 S 5th St
Ste 1200
Minneapolis, MN 55402

| | |
|---|---|
| Job No.    : 372036 | BU ID    : CVR |
| Case No.   : 7:20-cv-604 | |
| Case Name  : James Matthew Morris vs. Taylor | |
|                  Communications Secure & Customer Solutions, | |
| Invoice No. : 707925 | Invoice Date : 12/28/2021 |
| **Total Due**  : **$769.50** | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Huseby Global Litigation**
               **P.O. Box 6180**
               **Hermitage, PA 16148-0922**

## Veritext, LLC - Midwest Region

Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Craig Brandt | | |
|---|---|---|---|
| | Moss & Barnett | **Invoice #:** | **5526129** |
| | 150 South Fifth Street | **Invoice Date:** | **1/24/2022** |
| | Suite 1200 | **Balance Due:** | **$597.00** |
| | Minneapolis, MN, 55402 | | |

| Case: Morris, James Matthew v. Taylor Communcations Secure & Customer Solutions, Inc., Et Al. (7:20-cv-00604-GEC) | Proceeding Type: Depositions |
|---|---|

Job #: 5017449   |   Job Date: 1/7/2022   |   Delivery: Normal

| Location: | Minneapolis, MN |
|---|---|
| Billing Atty: | Craig Brandt |
| Scheduling Atty: | Craig Brandt | Moss & Barnett |

| Witness: Simeon David Palomino | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 60.00 | $3.65 | $219.00 |
| Attendance (Hourly) | 2.00 | $50.00 | $100.00 |
| Exhibits | 3.00 | $0.50 | $1.50 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Surcharge - Video Proceeding | 60.00 | $0.25 | $15.00 |
| Surcharge - Advanced Proceeding | 60.00 | $0.25 | $15.00 |
| Litigation Package-Secure File Suite | 1.00 | $32.50 | $32.50 |
| Electronic Delivery and Handling | 1.00 | $19.00 | $19.00 |

| Notes: | **Invoice Total:** | **$597.00** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$597.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5526129** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **1/24/2022** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$597.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

78776