**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Brittany M. Haddox Esq<br>Strelka Law Office PC<br>119 Norfolk Ave SW<br>Suite 330<br>Roanoke, VA, 24011 | Invoice #: | **5472077** |
|---|---|---|---|
| | | Invoice Date: | **12/21/2021** |
| | | Balance Due: | **$1,076.40** |

**Case:** Morris, James Matthew v. Taylor Communcations Secure & Customer Solutions, Inc., et al. (7:20-cv-00604-GEC)     **Proceeding Type: Depositions**

Job #: 4896435   |   Job Date: 12/2/2021   |   Delivery: Normal

| Location: | Roanoke, VA |
|---|---|
| Billing Atty: | Brittany M. Haddox Esq |
| Scheduling Atty: | Craig Brandt | Moss & Barnett |

| **Witness: James Matthew Morris** | **Amount** |
|---|---:|
| Transcript Services | $963.40 |
| Exhibits | $94.00 |
| Delivery and Handling | $19.00 |

| Notes: | | Invoice Total: | $1,076.40 |
|---|---|---:|---:|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,076.40 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | **5472077** |
|---|---|---|---|
| | | Invoice Date: | **12/21/2021** |
| | | Balance Due: | **$1,076.40** |

140226